AO 93 (Rev. 11/13) Search and Seizure Warrant ................ AUSA Michael Maione, (312) 353-4258

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | Case No. 25M76 |
| the United States Mail package bearing tracking number 9505 5161 9125 5034 9849 74, further described in Attachment A | Ref. No. |

## SEARCH AND SEIZURE WARRANT

To: Patrick Kelly and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before February 19, 2025 in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: February 5, 2025 4:06 p.m.

*Judge's signature*

City and State: Chicago, Illinois

HEATHER K. MCSHAIN, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 4145086-PMN | 02/06/2025  11:37 Am | |

Inventory made in the presence of:

Inspector Derrick Jones

Inventory of the property taken and name of any person(s) seized:

Inside Priority Mail 9505 5161 9125 5034 9849 74 contained (4) stacks of cannabis packaging showing the of 3.5 grams on each box with a government waring of cannabis on the back of each box

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/02/2025

*Executing officer's signature*

TFO Patrick Kelly

*Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF ITEM TO BE SEARCHED**

The United States Postal Service Priority Mail Parcel with Tracking Number 9505 5161 9125 5034 9849 74, mailed on February 3, 2025, from Downey, California, 32435, and addressed to "Balenda Williams, 456 N. Lawndale, Chicago, IL 60624," with a return address of "Jason Reef, 8021 5th Ave, Downey, CA, 90241" and bearing $19.15 in postage, measuring approximately 11 inches by 8.5 inches by 6 inches, and weighing approximately 5 pounds 11 ounces.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities, fruits, or contraband concerning violation of Title 21, United States Code, Sections 841 and 843(b) (the "**Subject Offenses**"), as follows:

1. Controlled substances;

2. Packaging for controlled substances;

3. United States currency that constitutes evidence, fruits, or instrumentalities of the **Subject Offenses**;

4. Paraphernalia associated with the use, possession, manufacturing, packaging, processing, and distribution of controlled substances, including but not limited to adulterants, dilutants, cutting agents, scales, needles, grinders, heat-sealing devices, plastic bags, and money-counting devices; and

5. Items that identify the sender or intended recipient of the **Subject Parcel**.